AO 468 (Rev. 1/86) Waiver of Preliminary Examination or Hearing

# UNITED STATES DISTRICT COURT

__________ DISTRICT OF __________

UNITED STATES OF AMERICA
V.
Juan Orellana

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING**
**(Rule 5 or 32.1, Fed. R. Crim. P.)**

CASE NUMBER:

I, Juan Orellana, charged in a ☒ complaint ☐ petition pending in this District with Poss. of firearm in violation of Title 18, U.S.C., 922(g)(5), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary ☐ examination ☒ hearing, do hereby waive (give up) my right to a preliminary ☐ examination ☒ hearing.

[signature]
*Defendant*

11-6-6
*Date*

[signature]
*Counsel for Defendant*