IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA : CR. No. CR 07 006 S
v. : In violation Of 18 U.S.C. § 922(g)(5)
JUAN ORELLANA :

INFORMATION

The United States Attorney charges that:

COUNT I

On or about November 3, 2006, in the District of Rhode Island, the defendant, JUAN ORELLANA, then being an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting commerce, a firearm, to wit: a Beretta Model 92FS 9 millimeter semi-automatic pistol, serial number BER240667, in violation of 18 U.S.C. § 922(g)(5).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

LUIS M. MATOS
Assistant U.S. Attorney
Chief, Criminal Division

Date: 1/16/07