O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JUAN ORELLANA

## WAIVER OF INDICTMENT

CASE NUMBER: CR. 07-006S

I, JUAN ORELLANA, the above named defendant, who is accused of

possession of a firearm by an alien illegally or unlawfully in the United States,

in violation of Title 18, United States Code, Section 922(g)(5),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 1-18-7 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X [signature]
Defendant

[signature]
Counsel for Defendant

Before [signature]
Judicial Officer
USMJ